# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Cristian Gabriel Duran Avalos )<br>*Petitioner* )<br>v. )<br>Pamela Bondi, et al )<br>*Respondents* ) | Civil Action No. 5:25-cv-04063-LTS-KEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Petition for Habeas Corpus Relief pursuant to 28 USC 2241 is granted. Judgment is entered in favor of Petitioner in this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Leonard T. Strand on a petition for habeas corpus relief.

Date: 12/9/25

*PAUL DE YOUNG, CLERK OF COURT*

s/ jag             Deputy Clerk
*Signature of Clerk or Deputy Clerk*